# EXHIBIT B

**Def.'s Resp. to Pl.'s Motion for
Class Cert. 2:09-cv-00218 JLR - pg 449 of 1402**

## DECLARATION OF CUSTODIAN OF RECORDS

Re: *Martin Hovenkotter v. Safeco Insurance Company of Illinois*
United States District Court Western Division of Washington at Seattle
Cause No. 2:09-cv-00218 JLR

I, __Michel Giron__, being the duly authorized Custodian of Records or other qualified witness at AutoTrader, 5775 Peachtree-Dunwoody Road, Suite A-100, Atlanta, Georgia say:

> __MG__ That as of the date of this Declaration, I have supplied a true copy of **all** records relating to Martin Hovenkotter that were requested, which records were kept and maintained by the facility in the usual course of business.

I hereby certify and declare under the penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED at __2|3|2010 -2:54pm__, Georgia, this __3__ day of __February__, 2010.

_____
__Michel Giron__ (print name)
Records custodian

**ORIGINAL**

SAF014 0001 la118607 1/11/10

Listing Ref. number   52134718

Martin Hovenkotter
24609 NE 22nd Street
Sammamish, WA 98074

Market Code: 0019
City Code:  Not Available

This Listing is not editable because:
The Ad has been Cancelled.
The Listing Type = TRADERSYC or NULL.

| Listing ID: | Tier: | Expire Date: | | Date Entered: | | Date Modified: | Active Until Date: |
|---|---|---|---|---|---|---|---|
| 52134718 | Standard | 8/25/07 | | 7/2/07 | | 8/21/07 | |
| Listing Type: | Action Type: | Listing Status: | Package Type: | Price: | Mileage: | VIN: | |
| Combo Ad - P072407 | Delete | Cancelled | Run Till Sold Ad | 20,995 | 9,600 | JM1GG12L761105953 | |
| Year: | | Maker: | | Model: | Trim: | Authorized: | |
| 2006 | | Mazda | | Mazda6 | ----- | Y | |
| Ext. Color: | | Int. Color: | | Body Style: | | Doors: | |
| Black | | Black | | Sedan | | Four Door | |
| Engine: | | Transmission: | | Fuel Type: | | Drive Type: | |
| 4 Cylinder | | Manual | | Gasoline | | All wheel drive | |

Online Description:
2006 MAZDA MAZDA6, 9,600 mi, ac, ps, cc, p/windows, tint, pdl, p/mirrors, Rare Turbo MazdaSpeed6 6spd , $20,995, 425-301-4936

Primary Magazine Description:

| Source Code: | Phone: | Zip: | Email: |
|---|---|---|---|
| | 4253014936 | 98074 | mhoven@comcast.net |

**Notes**

| Type | Notes |
|---|---|
| General | emailed Martin to contact us directly regarding his request for a refund..being that its passed the 48hr time frame. |
| General | sent bugs to have ad reappear on site and renewed ad per request |

sted Notes

| Type | Related To | Notes |
|---|---|---|
| General | cars_syc_listing | emailed Martin to contact us directly regarding his request for a refund..being that its passed the 48hr time frame. |
| General | cars_syc_listing | sent bugs to have ad reappear on site and renewed ad per request |