# EXHIBIT 1

Unsigned Batton_OCR.pdf

THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN HOVENKOTTER,

    Plaintiff,

vs.

SAFECO Corporation, SAFECO Insurance Company of America, and SAFECO Insurance Company of Illinois,

    Defendants.

NO. 2:09-cv-00218 JLR

AFFIDAVIT OF LARRY BATTON IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

**AFFIDAVIT OF LARRY BATTON IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

BEFORE ME, the undersigned authority, on this day appeared Larry Batton who, upon being duly sworn, did depose and testify as follows:

My name is Larry Batton. I am over twenty-one (21) years of age, have never been convicted of a felony or crime involving moral turpitude, and am fully competent to make this affidavit. The facts stated herein are, within my personal knowledge, true and correct.

1. I am the founder and President of Automobile Appraisal Group, Inc. (AAG) a nationwide company providing comprehensive appraisals of all types of automobiles since 1990. I oversee all research performed for AAG appraisals including investigation of current market activity, sales, trends, comparable value analysis, and diminished value due to accident damage. Our appraisal service determines market values of automobiles for insurance matters, gift tax requirements and for consumers prior to purchase or sale of their automobile. I have done work for Nations Bank, U.S. Naval Credit Union, State Farm, Allstate, John Hancock, the F.D.I.C, the

Signed Batton_OCR.pdf

THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN HOVENKOTTER,

    Plaintiff,

vs.

SAFECO Corporation, SAFECO Insurance Company of America, and SAFECO Insurance Company of Illinois,

    Defendants.

NO. 2:09-cv-00218 JLR

AFFIDAVIT OF LARRY BATTON IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

**AFFIDAVIT OF LARRY BATTON IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

BEFORE ME, the undersigned authority, on this day appeared Larry Batton who, upon being duly sworn, did depose and testify as follows:

My name is Larry Batton. I am over twenty-one (21) years of age, have never been convicted of a felony or crime involving moral turpitude, and am fully competent to make this affidavit. The facts stated herein are, within my personal knowledge, true and correct.

1. I am the founder and President of Automobile Appraisal Group, Inc. (AAG) a nationwide company providing comprehensive appraisals of all types of automobiles since 1990. I oversee all research performed for AAG appraisals including investigation of current market activity, sales, trends, comparable value analysis, and diminished value due to accident damage. Our appraisal service determines market values of automobiles for insurance matters, gift tax requirements and for consumers prior to purchase or sale of their automobile. I have provided consultation and appraisal services for major lenders, insurance companies, the F.D.I.C, the

## Unsigned Bation_OCR.pdf

F.B.I., the U.S. Marshalls Service, the U.S. Secret Service, and corporations including General Motors, Ford Motor Company & Chrysler Motors.

2. I have testified in both Federal and State District courts where I have presented testimony on property valuations. I am the author and instructor of the AAG Certification Training Program through which one hundred twenty two (122) agents, located nationwide, have been tested and certified on automobile property valuation. I have access to one of the largest personal automotive research libraries in the country with over seventeen hundred (1700) volumes on automobiles dating from 1900.

3. My experience of over 25 years in the automobile business including positions of general manager and sales manager for Chrysler-Plymouth-Dodge-Subaru, Mazda, Chevrolet, Volkswagen, as well as having been a licensed automobile dealer in Virginia. My opinions are based upon my years of experience doing automotive appraisals and my experiences with professionals in the field, including automobile dealers and auctioneers. I have appraised thousands of vehicles for trade-ins and have over thirty (30) years of experience performing automotive inherent diminished value appraisals. This has included numerous inherent diminished value appraisals for major automobile insurers and a number of corporations. In my experience, insurers have paid inherent diminished value in numerous cases and these courts have then ordered that this and existence of diminished value in numerous cases and these courts have then ordered that this diminished value be paid.

4. In determining the existence of, and the amount of, diminished value, I use information from the insurance claim file. This can include, but is not limited to, the repair

My inherent diminished value is the loss in value that occurs from an accident having occurred, and the vehicle having been damaged. It is distinct from repair-related issues which may result in additional diminished value due to improper repairs to the vehicle. Inherent diminished value occurs whether a vehicle has, or has not been, repaired and represents the

2

## Signed Bation_OCR.pdf

F.B.I., the U.S. Marshalls Service, the U.S. Secret Service, the U. S. Department of Justice and corporations including General Motors, Ford Motor Company, Mercedes-Benz of America & Chrysler Motors. In Washington State I appraised the world's largest private collection of automobiles for estate value purposes.

2. I have testified in both Federal and State District courts where I have presented testimony on property valuations. I am the author and instructor of the AAG Certification Training Program through which one hundred thirty (130) agents, located nationwide, have been tested and certified on automobile property valuation. I have access to one of the largest personal automotive research libraries in the country with over seventeen hundred (1700) volumes on automobiles dating from 1900.

3. My experience of over 25 years in the automobile business including positions of general manager and sales manager for Chrysler-Plymouth-Dodge-Subaru, Mazda, Chevrolet, Volkswagen, as well as having been a licensed automobile dealer in Virginia. My opinions are based upon my years of experience doing automotive appraisals, and my experiences with professionals in the field, including automobile dealers and auctioneers. I have appraised thousands of vehicles for trade-ins and have over thirty (35) years of experience performing automotive inherent diminished value appraisals. This has included numerous inherent diminished value appraisals for major automobile insurers and a number of corporations. In my experience, insurers have paid inherent diminished value in numerous cases. I have testified on the amount and existence of diminished value in numerous cases and these courts have then ordered that this diminished value be paid.

4. In determining the existence of, and the amount of, diminished value, I use information from the insurance claim file. This can include, but is not limited to, the repair estimate and any reports of prior damage. From these records I take the mileage, year, make and

2

Unsigned Batton_OCR.pdf

estimate, photographs and any reports of prior damage as shown or the insurance estimate inspection report. From these records I take the mileage, year, make and model of the vehicle, as well as its general condition and the options it is equipped with. The repair estimate also shows the type and amount of damage to the vehicle. I can then easily determine the automobile's pre-loss value is by using comparables or the NADA (known generally as the "Blue Book"). With this information, I then use comparable car sales to evaluate and determine the diminished value. I find comparables through auction and sales data, from dealer auctions such as Manheim Auction, and through information gathered by AAG or other weekly automobile auctions lent across the nation. The above described methodology for assessing diminished value is commonly accepted in my field. In this matter, I reviewed the repair estimate for Mr. Hovenkotter's vehicle. If additional documents are produced from the insurance claim file, I will review them and this could alter my assessment.

Based upon my years of experience, I have the following opinions:

5. Vehicles that are in their original condition will always bring a higher price than vehicles of the same make, model, year, type and mileage that have had been damaged in the manner described in Mr. Hovenkotter's repair estimate. Inherent diminished value exists across geographic regions and across all types of vehicles. Mr. Hovenkotter's vehicle incurred inherent diminished value.

6. Vehicles that have not been damaged are more sought after by the general public. As a general rule, automotive professionals will pay more for vehicles that have not been damaged than they will pay for damaged vehicles. This difference in value is well recognized in the automobile sales profession. Some leasing companies charge a lessee an accident penalty. NADA and CCC (which licenses a computerized repair estimator system) are each developing uniform and quantifiable difference in market price between wrecked and unwrecked

3

Signed Batton_OCR.pdf

model of the vehicle, as well as its general condition and the options it is equipped with. The repair estimate also shows the type and amount of damage to the vehicle. I can then easily determine the automobile's pre-loss value by using comparables or the N.A.D.A. (National Automobile Dealers Association) values. With this information, I then use comparable car sales to evaluate and determine the diminished value. I find comparables through auction and sales data from both dealer and public auctions, and through information gathered by AAG through other appraisal assignments across the nation. The above described methodology for assessing diminished value is commonly accepted in my field. In this matter, I reviewed the repair estimate for Mr. Hovenkotter's vehicle. If additional documents are produced from the insurance claim file, I will review them and this could alter my assessment.

Based upon my years of experience, I have the following opinions:

5. Vehicles that are in their original condition will typically bring a higher price than vehicles of the same make, model, year, type and mileage that have been damaged in the manner described in Mr. Hovenkotter's repair estimate. Inherent diminished value exists across geographic regions and across all types of vehicles. Mr. Hovenkotter's vehicle incurred inherent diminished value.

6. Vehicles that have not been damaged are more sought after by the general public. As a general rule, automotive professionals will pay more for vehicles that have not been damaged than they will pay for damaged vehicles. This difference in value is well recognized in the automobile sales profession. Some leasing companies charge a lessee an accident penalty. Auction disclosure rules also require that certain types of damage to vehicles brought to auction be disclosed. This allows the buyer to know about damage without having to view the car and consequently bid appropriately on the vehicle. Auction Rules allow cars with undisclosed prior

3

Linegined Batton_OCR.pdf

guides to diminished value to quantify this effect. Auction disclosure rules also require certain types of damage to vehicles brought to auction be disclosed. This allows the buyer to know about damage without having to view the car and consequently bid appropriately on the vehicle. Auction Rules allow cars with undisclosed prior repaired damage to be returned or have their prices adjusted downward. These market factors are all reflections of the uniform existence of diminished value.

7. The presence and amount of inherent diminished value can be determined without physical inspection of the vehicle. Typically when I am asked to inspect a car, it is to determine whether the repairs were properly performed. As discussed above, the information necessary to determine the existence of and the amount of diminished value is contained in the typical estimate of damage written by or for an insurance company. In fact, if given complete repair estimates showing the estimated showing the general type and amount of damage, it is not necessary to repair the vehicle before I can determine the amount of diminished value that has resulted from the vehicle having been damaged. It is also not necessary to sell a vehicle before I can determine the amount of diminished value. The diminished value exists as of the time a vehicle is damaged.

The factors that cause diminished value — loss of the full use and enjoyment of a vehicle — are also present from the point when a vehicle is damaged as a damaged vehicle can never be restored to its pre-loss condition.

8. I have frequently completed diminished value assessments for major insurers without inspecting the vehicle. ~~[struck text]~~ I have also frequently determine diminished value in circumstances where the vehicle would be unavailable for inspection, i.e., when it has been stolen or burned. For automobiles/mobiles.

---

Signed Batton_OCR.pdf

repaired damage to be returned or have their prices adjusted downward. These market factors are all reflections of the uniform existence of diminished value.

7. The presence and amount of inherent diminished value can be determined without physical inspection of the vehicle. Inspection of the vehicle may be performed to determine whether repairs were properly performed. ~~[struck text]~~ I have completed diminished value assessments for major insurers without inspecting the vehicle. As discussed above, the information necessary to determine the existence of and the amount of diminished value is contained in the typical estimate of damage written by or for an insurance company. In fact, if given complete repair estimates showing the type and amount of damage, it is not necessary to repair the vehicle before I can determine the amount of diminished value that has resulted from the vehicle having been damaged. It is also not necessary to sell a vehicle before I can determine the amount of diminished value. The diminished value exists as of the time a vehicle is damaged. A damaged vehicle can never be repaired to its pre-loss condition.

8. Appraisal techniques can also be used to value large numbers of vehicles based upon a sample of similar types of vehicles. For example, in 1998, I was hired by General Motors to do a large scale diminished value study of over twelve hundred vehicles. The evaluation took place six years after the damage to the vehicles occurred. I inspected only sixty of the vehicles and rendered a diminished value opinion on all vehicles in the class based upon my inspection of the limited number of similarly effected vehicles.

9. In my extensive appraisal work with comparables I have found that there is a relationship between the amount of damage, the pre-loss value of the vehicle and the inherent

4

example, in Virginia, I was hired in a case against Allstate. The car was a Porsche, with low mileage and approximately eight to nine thousand dollars in damage. I had information from the repair estimate, the same information used by Allstate's expert. Neither Allstate's expert nor myself inspected the car. Allstate's expert opined that the diminished value was two thousand dollars, my opinion was that the diminished value was five thousand dollars. Based on the fact that I had more experience than Allstate's expert, the Court accepted my appraisal and ordered it paid.

9. Appraisal techniques can also be used to value large numbers of vehicles based upon a sample of similar types of vehicles. For example, in 1998, I was hired by General Motors to do a large scale diminished value study of over twelve hundred vehicles. The evaluation took place six years after the damage to the vehicles occurred. I inspected only sixty of the vehicles and rendered a diminished value opinion on all vehicles in the class based upon my inspection of the limited number of similarly effected vehicles.

10. In my extensive appraisal work with comparables I have found that there is a relationship between the amount of damage, the pre-loss value of the vehicle and the inherent diminished value. As with my work for GM this can be quantified by looking at similar vehicle sales rather than an individual determination as to each damaged car.

11. Inherent diminished value exists the moment a vehicle is in an accident and continues to exist throughout the life of the operational vehicle. Diminished value follows the vehicle and while further damage to the car can add to the diminished value, the percentage of diminished value for the original damage remains the same over the life of the vehicle. This inherent diminished value exists whether or not there is additional damage due to improper repairs and the two can be separated in calculating inherent diminished value. In preparing valuations of vehicles the additional repair related diminished value is determined through an

5

---

diminished value. As with my work for GM this can be quantified by looking at similar vehicle sales rather than an individual determination as to each damaged car.

10. Inherent diminished value exists the moment a vehicle is in an accident and continues to exist throughout the life of the operational vehicle. Diminished value follows the vehicle and while further damage to the car can add to the diminished value, the percentage of diminished value for the original damage remains the same over the life of the vehicle. This inherent diminished value exists whether or not there is additional damage due to improper repairs and the two can be separated in calculating inherent diminished value. In preparing valuations of vehicles the additional repair related diminished value is determined through an inspection of the repairs made to the vehicle and added to the amount of inherent diminished value which can be determined without an inspection.

11. Inherent diminished value occurs whenever a vehicle suffers damage which includes but is not limited to any of the following: structural and/or frame damage, paint work, deformed sheet metal and/or flood damage. The repair of these types of damage always leaves evidence of repair. Anytime a vehicle has been repaired, the value will be affected. If it can be determined that a vehicle has been in an accident, there is diminished value.

Further Affiant Saith Naught.

/s/ LARRY HATTON

SWORN TO AND SUBSCRIBED before me,
a Notary Public, State of Virginia
this 25th day of February, 2010, by:

/s/ Teresa Bredew Gay
Notary Public
My Commission Expires: 6/30/2011

5

inspection of the repairs made to the vehicle and added to the amount of inherent diminished value which can be determined without an inspection.

19. Inherent diminished value occurs whenever a vehicle suffers damage which includes any of the following: structural and/or frame damage, paint work, deformed sheet metal and/or flood damage. The repair of these types of damage always leaves evidence of repair. Anytime a vehicle has been repaired and it is apparent, the value will be affected. If you can tell the vehicle has been in an accident, there is diminished value. For example, if one always tell if a vehicle has been repainted because of the difference in the color's shade, the technique used in the application of the paint and/or from overspray resulting from the repaint.

Further Affiant Saith Naught.

_____
LARRY BATTON

SWORN TO AND SUBSCRIBED before me, a Notary Public, State of Virginia this _____ day of _____, 2010, by:

_____
Notary Public
My Commission Expires:

6